**Zongbing WEI, Petitioner,**

v.

**Alberto R. GONZALES,\* Attorney General, Respondent.**

No. 03–72590.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2005.\*\*

Decided May 18, 2005.

Charles J. Kinnunen, Esq., Hagatna, GU, for Petitioner.

Regional Counsel, Western Region, Laguna Niguel, CA, District Director, Hagatna, GU, Donald E. Keener, Esq., Francis W. Fraser, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: D.W. NELSON, KOZINSKI and CALLAHAN, Circuit Judges.

MEMORANDUM \*\*\*

1. Substantial evidence supported the immigration judge's determination that petitioner was not credible, and that petitioner thus failed to demonstrate past persecution or a well-founded fear of future persecution. *See Alvarez–Santos v. INS,* 332 F.3d 1245, 1254 (9th Cir.2003).

2. Petitioner did not exhaust before the Board of Immigration Appeals his claim that the immigration judge abused her discretion by holding in the alternative that, even if credible, petitioner would be denied relief as a matter of discretion. We therefore lack jurisdiction to consider the claim. *See* 8 U.S.C. § 1252(d)(1).

DENIED.

---

\* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States. *See* Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

